*Thelma Martin Johnson v. The Kroger Co.*
*State Court of Fulton County, State of Georgia*
*Civil Action File Number: 22EV002513*

*Thelma Martin Johnson v. The Kroger Co.*
*USDC, Northern District, Atlanta Division*
*Civil Action File Number: TBA (Removal # 1:22-mi-99999)*

# EXHIBIT A:  NOTICE OF REMOVAL

## ALL PLEADINGS, PROCESS, AND ORDERS SERVED UPON DEFENDANT THE KROGER CO. IN THE STATE COURT OF FULTON COUNTY, STATE OF GEORGIA

State Court of Fulton County
**E-FILED**
22EV002513
4/27/2022 1:31 PM
Christopher G. Scott, Clerk
Civil Division

**General Civil and Domestic Relations Case Filing Information Form**

☐ Superior or ☒ State Court of _Fulton_____ County

| For Clerk Use Only | | | | |
|---|---|---|---|---|
| **Date Filed** _____ MM-DD-YYYY | | **Case Number** _____ | | |

**Plaintiff(s)**
Martin Johnson Theresa

**Defendant(s)**
The Kroger Co.

| Last | First | Middle I. | Suffix | Prefix | Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|---|---|---|---|---|
| Last | First | Middle I. | Suffix | Prefix | Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix | Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix | Last | First | Middle I. | Suffix | Prefix |

**Plaintiff's Attorney** _Thelma Wyatt Moore_____   **Bar Number** _779300_   **Self-Represented** ☐

**Check One Case Type in One Box**

**General Civil Cases**
- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contract
- ☐ Garnishment
- ☒ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☐ Other General Civil

**Domestic Relations Cases**
- ☐ Adoption
- ☐ Dissolution/Divorce/Separate Maintenance
- ☐ Family Violence Petition
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

**Post-Judgment – Check One Case Type**
- ☐ Contempt
- ☐ Non-payment of child support, medical support, or alimony
- ☐ Modification
- ☐ Other/Administrative

☐ Check if the action is related to another action(s) pending or previously pending in this court involving some or all of the same parties, subject matter, or factual issues. If so, provide a case number for each.

_____ **Case Number**       _____ **Case Number**

☒ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in O.C.G.A. § 9-11-7.1.

☐ Is an interpreter needed in this case? If so, provide the language(s) required. _____
**Language(s) Required**

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

_____

_____

Version 1.1.18

State Court of Fulton County
**E-FILED**
22EV002513
4/27/2022 1:31 PM
Christopher G. Scott, Clerk
Civil Division

GEORGIA, FULTON COUNTY

## STATE COURT OF FULTON COUNTY
### Civil Division

DO NOT WRITE IN THIS SPACE

CIVIL ACTION FILE #: _____

Theresa Martin Johnson
_____
1251 Willis Mills Road SW
_____
Atlanta        GA      30311
_____
Plaintiff's Name, Address, City, State, Zip Code

vs.

The Kroger Co.
_____
192 Anderson Street SE, Suite 125
_____
Marietta      GA      30060
_____
Defendant's Name, Address, City, State, Zip Code

| TYPE OF SUIT | AMOUNT OF SUIT |
|---|---|
| [ ] ACCOUNT | PRINCIPAL $ 250,000 |
| [ ] CONTRACT | |
| [ ] NOTE | INTEREST $_____ |
| [✓] TORT | |
| [ ] PERSONAL INJURY | ATTY. FEES $_____ |
| [ ] FOREIGN JUDGMENT | |
| [ ] TROVER | COURT COST $_____ |
| [ ] SPECIAL LIEN | |
| | ************ |
| [✓] NEW FILING | |
| [ ] RE-FILING: PREVIOUS CASE NO. _____ | |

### SUMMONS

TO THE ABOVE NAMED DEFENDANT:

You are hereby required to file with the Clerk of said court and to serve a copy on the Plaintiff's Attorney, or on Plaintiff if no Attorney, to-wit:

Name: Thelma Wyatt Moore/Moore Law, LLC

Address: 3285 Main Street

City, State, Zip Code: College Park, Georgia                    Phone No.: 404-699-6001

An answer to this complaint, which is herewith served upon you, must be filed within thirty (30) days after service, not counting the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint, plus cost of this action. **DEFENSES MAY BE MADE & JURY TRIAL DEMANDED**, via electronic filing or, if desired, at the e-filing public access terminal in the Self-Help Center at 185 Central Ave., S.W., Ground Floor, Room TG300, Atlanta, GA 30303.

Christopher G. Scott, Chief Clerk (electronic signature)

*SERVICE INFORMATION:*

Served, this _____ day of _____, 20_____.    _____
                                                        DEPUTY MARSHAL, STATE COURT OF FULTON COUNTY

WRITE VERDICT HERE:

We, the jury, find for _____

_____

This _____ day of _____, 20_____.    _____ Foreperson

**(STAPLE TO FRONT OF COMPLAINT)**

State Court of Fulton County
**E-FILED**
22EV002513
4/27/2022 1:31 PM
Christopher G. Scott, Clerk
Civil Division

## IN THE STATE COURT OF FULTON COUNTY
## FOR THE STATE OF GEORGIA

THERESA MARTIN JOHNSON,   )
                                 )
Plaintiff,                    )
                                 )
v.                              )  **Civil Action File No.:**
                                 )
THE KROGER CO.,         )
                                 )
Defendant.                 )

## <u>ORIGINAL COMPLAINT FOR DAMAGES UNDER O.C.G.A. § 51-3-1</u>

COMES NOW THERESA MARTIN JOHNSON AS PLAINTIFF, BY AND THROUGH HER attorney, and complains of The Kroger Co. respectfully showing to the Court the following:

### JURISDICTION, VENUE AND CONDITIONS PRECEDENT

1.    Plaintiff is an individual residing at 1251 Willis Mill Road SW, Atlanta, Georgia 30311.

2.    Defendant, The Kroger Co. does business at 590 Cascade Road, Atlanta, Georgia, 30310 and is subject to the jurisdiction of this court by service upon its Registered Agent CSC of Cobb County, Inc. at 192 Anderson Street SE, Suite 125, Marietta, GA, 30060, USA.

Theresa Martin Johnson v. The Kroger Co.
CAFN: _____
The Hon._____

3.      The Defendant may be served through its registered agent for the corporation pursuant to O.C.G.A. § 14-2-504 at the address listed above.

4.      The claims herein are brought against The Kroger Co. pursuant to O.C.G.A. § 51-3-1, for money damages for loss of property and personal injuries caused by the negligent and wrongful acts and omissions of The Kroger Co.

5.      Venue is proper in that all, or a substantial part of the acts and omissions forming the basis of these claims occurred in Fulton County.

## EVENTS FORMING THE BASIS OF CLAIMS

6.      On April 28, 2020, Ms. Theresa Martin Johnson (Plaintiff) was an invitee to purchase groceries at Kroger located at 590 Cascade Road, Atlanta, Georgia, 30310.

7.      After shopping, Plaintiff attempted to exit the store, but found carts flipped upside down and blocking the first exit. Ms. Marin Johnson then attempted to use another exit. Unbeknownst to Plaintiff, there was a crack near the metal stripping and water on the floor. She tripped and fell over a large piece of metal stripping. Defendant did not properly maintain the premises including the entry and exit. There was no warning sign. Several shopping carts obstructed the entryway.

8.      Ms. Johnson fell on her face and knee, which resulted in profuse bleeding from her mouth.

9.     Plaintiff was immediately transported to Piedmont Hospital by ambulance for her injuries.

10.    As a proximate result of her tripping and falling over the metal stripping at the entryway to Kroger, Plaintiff received six stiches, underwent a CAT scan, and an X-ray of her knee.

11.    Medical doctors at Piedmont Hospital diagnosed Plaintiff with contusion of the right knee, contusion of the right shoulder, and contusion of the face.

12.    Damages to Plaintiff's mouth requires reconstruction by a plastic surgeon. Permanent damage to her face will result if not remedied by a plastic surgeon.

13.    Plaintiff reported to Peachtree Orthopedics, Emory Healthcare, and dentist James D. Schulte for further treatment.

## COUNT I – NEGLIGENCE

14.    Negligence is present in this case because each of the four elements of that tort is present and have been met.

15.    One, there was a duty. Pursuant to O.C.G.A. § 51-3-1. The Kroger Co. had a duty to keep its premises and approaches safe for Plaintiff an invitee upon the premises for the mutual benefit of the parties.

16.    Two, there was a breach of that duty. The Kroger Co. allowed one exit to be totally obstructed by upside down carts blocking the entry/exit. At the second entry/exit, employees left carts strewn about the entryway obstructing the

entryway. The tile on the floor and metal stripping at the entryway to the store was in grave disrepair. The tile was broken and lifted away from the floor of which Defendant had superior knowledge. There was water on the floor. There were no warning signs. Plaintiff had no knowledge as same was not visible to Plaintiff.

17.     Three, there was an injury. Plaintiff suffered a busted lip, contusions to her face, shoulder, and knee. Plaintiff required emergency transportation to and treatment at Piedmont Hospital. During transport, the bleeding from Plaintiff continued to suffer bleeding from her mouth.

18.     Four, Plaintiff's injury was proximately caused by the chaos of the carts, eroding floor, and wet floor on the premises of the property owned and poorly maintained by Defendant.

19.     Five, Plaintiff had to undergo several treatments subjecting her quality of life to great impact.

## A. BREACH OF DUTY IN INVITING INVITEE TO THE UNMAINTAINED PREMISES

20.     The Kroger Co. had superior knowledge of the hazardous configuration of the carts. The test of establishing superior knowledge calls for proof that an employee was close to the area of the incident. See *Robinson v. Kroger Co.*, 268 Ga. 735, 736-738 (493 SE2d). At the Kroger on 590 Cascade Road, employees

constantly maneuver all over the premises: in, out, and around the store. An

employee or store manager had knowledge of the placement of the carts because

the carts were scattered about the entry to the store and purposely stacked upside

down to block one of the exits.

21.     Further, the owner of the premises is tasked with periodically inspecting the

premises for hazards. The cart issue was ongoing. The tile issue was present.

Inspection had not occurred and if it did, the employees had not remedied the

existing problems.

22.     The owner should have removed the hazard for the sake of the safety of the

invited public. See *American Multi-Cinema v. Brown*, 285 Ga. 442, 444 (679 SE2d

25) (2009).


**WHEREFORE,** Plaintiff sincerely prays for the following relief:

a) That the Kroger Co. be properly served by serving their registered agent at the

following address; and

1. CSC of Cobb County, Inc.
192 Anderson Street SE, Suite 125
Marietta, GA, 30060, USA

b) That this matter be heard in the State Court of Fulton County where the events

in question occurred; and

c) That the Court proceed to require The Kroger Co. to respond as provided by law; and

d) That this Court thoroughly hear the issues set forth herein; and

e) That this Honorable Court find that The Kroger Co. is liable to Plaintiff in the minimum amount of $250,000.00 for trauma, injuries, and damages caused by The Kroger Co.'s failure to maintain the premises and approaches in a safe condition for invitees, which resulted in Plaintiff's slip, fall, and her severe emotional and physical injuries; and

f) That Plaintiff be awarded court costs, and expenses to compensate for the necessity of bringing this lawsuit; and

g) That the damages sought from The Kroger Co. are as follows:

## COUNT I - Negligence

## SPECIAL DAMAGES

### ECONOMIC

| | | |
|---|---|---|
| Piedmont Hospital ER | $ | 12,923.29 |
| Peachtree Orthopedics | $ | 530 |
| James D. Schulte DMD PC | $ | 2,335 |
| Grady EMS | $ | TBD |
| TOTAL ECNOMIC DAMAGES | $ | 15,788.29 |

Theresa Martin Johnson v. The Kroger Co.
CAFN: _____
The Hon. _____

*NON-ECONOMIC*

Pain and Suffering                                   $       117,105.85

Future Medical Expenses                              $       117,105.85

**TOTAL DAMAGES**                                    $       **250,000**


Respectfully submitted this 27th day of April, 2022.


*/s/ Thelma Wyatt Moore*
Thelma Wyatt Moore, Esquire
Georgia Bar No. 779300
Attorney for Defendant
tmoore@moore-legal.com

MOORE LAW, LLC
3285 Main Street
College Park, Georgia 30337
Office: 404-699-6001
Fax: 866.257.5052

Theresa Martin Johnson v. The Kroger Co.
CAFN: _____
The Hon._____

## IN THE STATE COURT OF FULTON COUNTY
## FOR THE STATE OF GEORGIA

THERESA MARTIN JOHNSON,   )
   )
Plaintiff,   )
   )
   )
v.   )  **Civil Action File No.:**
   )
   )
THE KROGER CO.,   )
   )
Defendant.   )

## <u>VERIFICATION</u>

I, Theresa Martin Johnson, personally appeared before the undersigned Notary Public, and say under oath that I am the Plaintiff in the above-styled action and that the facts stated in the within and foregoing **ORIGINAL COMPLAINT FOR DAMAGES UNDER O.C.G.A. § 51-3-1** are true and correct.

EXECUTED on this _27_ day of _April_____, 2022.

_Theresa Martin Johnson_
Theresa Martin Johnson
Plaintiff

Sworn and subscribed before me,

This _27th_ day of _April_____, 2022

_____
NOTARY PUBLIC
My Commission Expires

AKURE IMES
MY COMMISSION EXPIRES
NOVEMBER
16
2025
FULTON COUNTY, GA
NOTARY PUBLIC

Page **8** of **8**

# Exhibit "A"

## Photo of unrepaired entryway

## tile and metal stripping



# Exhibit "B"

## Photo of carts obstructing entryway



# Exhibit "C"

## Photo of Injuries to Invitee/Plaintiff







State Court of Fulton County
**E-FILED**
22EV002513
5/10/2022 1:41 PM
Christopher G. Scott, Clerk
Civil Division

**AFFIDAVIT OF SERVICE**

| Case: 22EV002513 | Court: IN THE STATE COURT OF FULTON COUNTY, CIVIL DIVISION | County: FULTON | Job: 7021205 |
|---|---|---|---|
| Plaintiff / Petitioner: THERESA MARTIN JOHNSON | | Defendant / Respondent: THE KROGER CO. | |
| Received by: Southeastern Process Servers | | For: MOORE LAW LLC | |
| To be served upon: The Kroger Co. | | | |

I, Rochelle Earthrise, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

Recipient Name / Address:   The Kroger Co. in c/o their Reg. Agt. CSC of Cobb County, Inc. Terry Thompson accepted service on their behalf., Corporate: 192 Anderson St SE, Marietta, GA 30060

Manner of Service:   Registered Agent, May 2, 2022, 11:25 am EDT

Documents:   SUMMONS, ORIGINAL COMPLAINT FOR DAMAGES UNDER O.C.G.A. § 51-3-1 (Received Apr 27, 2022 at 3:10pm EDT)

Additional Comments:
1) Successful Attempt: May 2, 2022, 11:25 am EDT at Corporate: 192 Anderson St SE, Marietta, GA 30060 received by The Kroger Co. in c/o their Reg. Agt. CSC of Cobb County, Inc. Terry Thompson accepted service on their behalf.. Age: 59; Ethnicity: Caucasian; Gender: Female; Weight: 150; Height: 5'3"; Hair: Brown; Eyes: Brown;
The Kroger Co. in c/o their Reg. Agt. CSC of Cobb County, Inc. Terry Thompson accepted service on their behalf.

*Subscribed and sworn to before me by the affiant who is personally known to me in the state of Georgia, Dekalb county.*

Rochelle Earthrise          5/4/2022
Rochelle Earthrise          Date
ID# CPS 236

Southeastern Process Servers
2296 Henderson Mill Rd NE # 116
Atlanta, GA 30345
404-330-9066

Notary Public
5/4/2022                    07/19/24

Date                    Commission Expires



State Court of Fulton County
**E-FILED**
22EV002513
5/10/2022 1:41 PM
Christopher G. Scott, Clerk
Civil Division

IN THE STATE COURT OF FULTON COUNTY

STATE OF GEORGIA

Administrative Order No. 22EX000001

IN RE: ORDER FOR APPOINTMENT FOR SERVICE OF PROCESS

It appearing that the State Court of Fulton County has read and considered petitions and criminal records for the persons listed

below, and the same having met certification requirements, this Court hereby allows the same to serve process for State Court proceedings,

IT IS HEREBY ORDERED that the following persons:

ABRAHAM, ROBIN L.
ALLEN, LAKEITA TYESHA
ANDERSON, QAISAR CRAIG
ANDERSON, WILLIAM JAMES
ANDREWS II, GENE EDWARD
ARMSTRONG, CHRISTOPHER J.
ARMSTRONG, CYNARA
BACKO, MUSTAFA
BAILEY, ANNA MARIE
BALL, STACY LEIGH
BARNES, KRISTOPHER KEVIN
BARNEY JR., STEVEN MICHAEL
BARRON, SHANE WILLIS
BARRY, PAUL EDWIN
BASHAM, JAMES STEVEN
BENITO, RICHARD DAVID
BETHEL-MAXIE, VAQUISHA
BEYENE, EUAEL BERHANE
BOATENG, SHERRY DOTSON
BOLLING, KATHERINE DEVORE
BRAZEMAN, CRAIG PHILIP
BRIDGET, KAYLA DENISE
BRILEY, DONNIE CHAPPELLE
BRYANT, SHEMIKA ROCHELLE
BUNCH, KIM
BUTTS, KIMBERLY LYNN
BYER, EDMOND JOHN
CABRERA-ANDERSON, SANDY
CHASTAIN, MICHAEL ALAN
CHESLER, ROSETTA L.
CHILDRESS, CLIFTON
CLEMMONS, JOYCE YVONNE
CLINE, TRAVIS DANIEL
COCHRANE, BABETTE DAWN
COOK, CHRIS LAMAR
CUNNINGHAM, SALLY K.
DALMAN, JONATHAN B.
DAMBACH-CIRKO, PATRICIA J.
DANIELS, SONIA L.
DAVIDSON, DANNY DOUGLAS
DAVIDSON, MITCHELL T.
DAY, DUANE DAVIDSON
DEVAUGHN, CARL LINTON
DOLBIER, JEFFREY ALAN
EARTHRISE, ROCHELLE D.
ECHOLS, ERIC DWIGHT
ECHOLS, PATRICIA IZETTA
ELLIOTT, MAURICE

FARKAS, BELA
FAULKNER, DANA V.
FAZZIO, DEDREA L.
FERGUSON, REGINALD B.
FERRERO, AMY LYNN
FISHER, DAWN WALLS
FITZGERALD, FLORETTA
FOGLE, JOHNNY COLVIN
FOLDS, CATHERINA PILAR
FOLDS, GEORGE LARRY
FORD, RONNIE
FOX, JUHANI ALLEN
FREESE, JESSICA RENEE
FULLER, THOMAS WAYNE
GALVIN, ELIZABETH MARY
GARMON, JASON HAMPTON
GAYLE, EARL WINSTON
GEORGE, RANDAL LEE
GIBBS III, THOMAS DAVID
GILES, HERBERT F.
GREEN, ANJENAI G.
GREEN, MELBA JANI
GREENWAY, KIMBERLY B.
GRIMSHAW, SHANE KELLEE
HABTEMARIAM, NEBYOU
HANDLEY, WILEY D.
HARRIS, PARKS WAYNE
HASSAN, MUHSIN SHAHID
HASSAN, MUHSIN SHAHID
HIGHSMITH, AMOS MATTHEW
HIGHTOWER, ANTHONIO
HILL, HOLLIS JEROME
HILL, LISA WILSON
HINDSMAN, CHERROD TER-RAY
HINES, JAMES WILLIAM
HORTON, CHRISTOPHER TODD
HORTON, MALACHI
HUDSON, HAKIMAH B.
HUDSON, KYLE W.
HUGULEY, CK ADONNI
HUMPHREY, JOVIERA Y.
IRVINE, XAVIER ANTOINE
JACKSON II, ANTHONY
JAMES, FRANK HUGH
JENKINS, STEPHANIE D.
JOHNSON, EARL CHARLES
JOHNSON, MICHAEL TODD
KAHSSU, HAILE TANKEY

KING, AMOS
KOTLAR, MICHAEL J.
LASTER, BEVERLY L.
LAUSMAN, MARSHA C.
LAWSON, ZURI M.
LE, PHUONG-ANH DAO
LETTS, WILLIAM EARL
LEWIS, KEVIN JOSEPH
LOUIS, CLYDE A.
LUTWACK, WILLIAM C.
MAGGARD, ANDREW M.
MALLAS, NICHOLAS A.
MAXWELL, BRANDON S.
MCCLELLAN, RODNEY J.
MCGAHEE, LARRY LOUIS
MCMILLON, ERICKA D.
MITCHELL, KEVIN JOSEPH
MORGAN, TODD VERNELL
MOTT, CYNTHIA
MURPHY JR., GREGORY B.
MURRAH, JUANQUALO D.
NEWSOM, JESSICA FALLON
NICHOLS, JEAN GRINWIS
NICHOLS, LATHAN OTTO
NOLEN, MILTON LEE
O'LEARY, CHRISTINE L.
PALMER, ALITA SHARISSE
PANNELL, NICOLE D.
PARKER, ATARI LARAE
PERLSON, MARC DAMON
PHELAN, CHRISTINE
PHELAN, ROSS
RANSOME, MAURICE L.
RECKERDREES, THOMAS NMN
REDDICK, DEREK LAMAR
REYES, REAGAN J.
RHODES, KATHRYN DENISE
RICHARDSON, CLARK
RICHARDSON, LEROY
RIVERS, MICHAEL THOMAS
ROBBINS, KAREN FELICIA
ROBINSON, JEROY
RUDDOCK, LEOPOLD ERIC
RUDDOCK, MARGARET A.
SADLER JR., JOHN THURSTON
SANDERS, SHAKILLA TERIA
SAXON, JASMINE NICHOLE
SAXON, RASHAD LAMAR

SAXON, ROBIN LEE
SAXON-FORD, VIRGINIA
SEKLECKI, CHRISTIAN G.
SHEPHERD, ELIZABETH A.
SIBBALD, JOHN WILLIAMS
SINGLETON, WESLEY G.
SMITH JR., BRUCE RICHARD
SMITH, DELACIE PAUL
SMITH, RONALD LEON
SMITH, VIRGINIA E CHARLES
SNELLINGS, SHARON E.
SPEARS, JOYE L.
SPELLEN, ELIZABETH R.
SPELLEN, GEOFFREY B.
STANTON, CHRISTOPHER S.
STARKS, MARC ANTONY
STEPHENS, GERI SHAMEKA
STEWART, RONNIE NORRIS
STINYARD, KELVIN
STONE, ALESIA ANDREA
STONE, RODNEY DAVID
SWINDLE, FRANK L.
SWINGER, INA LYNN
TASSAW, BERHANE BEYENE
THOMAS, JEFFREY ALAN
THOMPSON, VANESSA
THRASH, NANCY M.
TORT, HENRY
TROY, DOUGLAS ADAM
TURNER, TRAVIS DAVON
VELASQUEZ, JULIUS O.
WALKER WHISBY, KATARA
WASHINGTON, SABRINA A.
WATT II, ROOSEVELT
WEBBER, MELINA MARY
WEEKS, FRANCES MARIAN
WEST, ERIC NOEL
WILLIAMS, JACK LELAND
WINKLEMAN, NAN L.
WOLFE, LISA LYNN
WRIGHT, CHRISTOPHER K.

FILED IN OFFICE
JAN - 1 2022
DEPUTY CLERK STATE COURT
FULTON COUNTY GA

be appointed and authorized to serve as Permanent Process Servers for the calendar year of 2022, without the necessity of an order for appointment in
each individual case.

SO ORDERED, this 1st day of January, 2022.



Chief Judge Susan E. Edlein
State Court of Fulton County

State Court of Fulton County
**E-FILED**
22EV002513
5/26/2022 5:31 PM
Christopher G. Scott, Clerk
Civil Division

May 24, 2022

To:  All Judges, Clerks of Court, and Counsel

From:  Thelma Wyatt Moore, Esquire
Re:      Sixth Amended Notice of Leave of Absence for 2021-2022

### <u>NOTICE OF LEAVE OF ABSENCE</u>

Comes now, Thelma Wyatt Moore, and respectfully notifies all judges before whom she has cases pending, all affected clerks of court, and all opposing counsel, that she will be on leave pursuant to Georgia Uniform Court Rule 16.

The period of Leave during which time Applicant will be away from the practice of law is:

a.      June 2, 3, 6, 7, 8, 9 & 10th 2022. (Family Celebration)
b.      July 5, 6, 7, 8, 11, 12 & 13th 2022. (Family Celebration)
c.      August 12, 15, 16, 17, 18 & 19th 2022. (Medical)
d.      September 1, 2, 6, 7, 8 & 9th 2022. (Gate City Bar Conference)
e.      December 6, 7, 8 & 9th 2022 (Personal)

The purpose of this Leave is for continuing education, medical and personal vacation.

All affected judges and opposing counsel shall have ten (10) days from the date of this notice to object to it.  If no objections are filed, the leave shall be granted.

 Respectfully submitted this 24th day of May, 2022.


 */s/ Thelma Wyatt Moore*
THELMA WYATT MOORE, ESQ
Georgia Bar No. 779300

Moore Law LLC
3285 Main Street
Atlanta, Georgia 30337
(O) 404-699-6001
(F) 866-257-5052
(C) 678-472-1372
Email: tmoore@moore-legal.com

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing Notice of Leave of Absence upon all judges, clerks, and opposing counsel by via email, where available.

Respectfully submitted this 24th day of May, 2022.

*/s/ Thelma Wyatt Moore*
THELMA WYATT MOORE, ESQ
Georgia Bar No. 779300

Moore Law LLC
3285 Main Street
Atlanta, Georgia 30337
(O) 404-699-6001
(F) 866-257-5052
(C) 678-472-1372
Email: tmoore@moore-legal.com

State Court of Fulton County
**E-FILED**
22EV002513
6/1/2022 1:34 PM
Christopher G. Scott, Clerk
Civil Division

June 1st, 2022

To:  All Judges, Clerks of Court, and Counsel

From:  Thelma Wyatt Moore, Esquire
Re:        Seventh Amended Notice of Leave of Absence for 2022

1. Case # 2022CV364619 - Thelma Wyatt Moore and Moore Law, LLC VS. Yvonne Tompkins

2. Case # 17CH9685 - Afari I. Richards, ex rel. VS. Sonia E. Dasouza

3. Case # 2019CV326010 - Blue Star Kitchen, Inc. Dba Ubar, Carl Williams VS. Harry Bowden, City of East Point

4. Case # 2019CV326399 - Thelma Wyatt Moore, as Executor of the Estate of Yvonne Fortson, and Armentris Davis VS. Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust, Not Individually but As Trustee for Pretium Mortgage Acquisition Trust

5. Case # 2021CV345657 - Desta Taylor VS. Benjamin Martin

6. Case # 2018CV310594 - Tina Howard VS. Eddie Howard, Jr.

7. Case # 2018CV30670 - Wanda Cooper VS. Liberty Mutual, Claudia Janka, Direct Insurance

8. Case # 2021CV346111 - Desta Taylor VS. Benjamin Martin

9. Case # 2020CV339849 - Thelma Wyatt Moore VS. Antwion Thompson, Grady Memorial Hospital Corporation

10. Case # 17FM4627 - Livingston Richards VS. Sonia Eucrise Dasouza

11. Case # 2017CV299516 - Kester Uzochukwu VS. Nmaobi Uzochukwu

12. Case # 2022CV361631 - Everett Gay, Prestige Learning, LLC VS. Angelia Gay-Bankston, Angel's Paradise Higher Learning Academy INC.

13. Case # 2020CV342846 - Danielle Bryant VS Micah Bryant

14. Case # 17CR016500Y - State of Georgia VS. Marvin Dudley

15. Case # 2018CV305664 - Angelia Gay-Bankston, and Angel's Paradise Higher Learning Academy, Inc VS. Everett Gay, and Prestige Learning, LLC

16. Case # 19EV000002 - Matthew Rice, Renee Coleman VS. City of Atlanta, Nathaniel Fripp, Sr.

17. Case # 2016CV273869 - Georgia Power Company VS. Charles Johnson, Colorado Capital Investments, Inc., Midland Funding LLC, AmeriCredit Financial Services, Inc., Crescent Bank & Trust, Arthur Ferdinand, Pinkie Toomer, Any and All Others Who Hold Or Who Claim Any Interests In The Property Described, Parcel No. 050

18. Case # 2021CV350242 - Angelia Bankston, Angel s Paradise Higher Learning Center, Inc VS. Everett Gay, Prestige Learning, LLC

19. Case # 2021CV350292 - Angelia Bankston, Angel s Paradise Higher Learning Center, Inc VS. Everett Gay, Prestige Learning, LLC

20. Case # 2021CV350184 - Angelia Bankston, Angel s Paradise Higher Learning Center, Inc VS. Everett Gay, Prestige Learning, LLC

21. Case # 2021CV350119 - J. Herbert Williams VS. Ditech Holding Corporation

22. Case # 19EV006104 - Larshell Curley v. Sunshine Parking, LLC, et al.

23. Case # 19EV001407 - Sandra Lanier, James Lanier VS. City of Atlanta

24. Case # 2021CV355409 - Gregory Wilson VS. Madolyn Andrews

25. Case # 2021CV351511 - Jaccob Thomas VS. Ashley V. Thomas

26. Case # 21SC178350 - The State of Georgia VS. Deja Colbert

27. Case # 22EV002513 - Theresa Martin Johnson VS. The Kroger Co.

28. Case # 2022CV360594 - Racquel Vannberg VS. Fredrik Vannberg

29. Case # 2021CV351535 - Larshell Curley VS. Rodney McCrae

30. Case # 15CV12528 - IN RE: Georgette Peterson (DB)

31. Case # 21FM10376 - Patrice Jeannite VS. Jean Jeannite

32. Case # 2015CV265132 - City of Atlanta, Georgia VS. Williams S Sams, Richard Mendoza, Cathy Hampton, Douglas J Macginnitie, Jeff S Haymore, Charles L Johnson, Fulton County Probate Court

33. Case # 19EV003455 - Yvonne Tompkins v. Madelaine Matthews

34. Case # 2021 – 1950 - Lynitta Thomas-Watson

35. Case # 2019CV319149 - Earnest LaGrone, Sr. VS. Nicole LaGrone

36. Case # 18SC161769 - The State of Georgia VS. Corbin Hines

37. Case # 17SC154508 - The State of Georgia VS. Corbin Hines

38. Case # 21MS150974 - Capital One Bank (USA), N.A. vs. Khari Cummings

39. Case # 2020CV337229 - Bilal Little VS. Jessica Sherard

40. Case # 2021CV348167 - Israel Vishkovski, and Flowmax Holdings, LLC VS. City of East Point, and Antavius Weems

41. Case # 19EV000590 - Donna Portas, Larry Garland VS. Peter Manickas, Advantage Rent A Car LLC

42. Case # 2020CV342516 - Olujimi Brown VS. Farrah Brown

43. Case # 2019CV324430 - Antwion Joseph Thompson VS. Cawana Lowe and Clear Blue Insurance

44. Case # 2020CV333070 - Equity Trust Company Custodian FBO 200243116 IRA VS. 1086 West Avenue SW, Tenant/owner/occupant, Rosie Calhoun, Unknown Heirs at Law of Rosie Lee Calhoun, James Calhoun, Unknown Heirs at Law of James Calhoun, Thelma Todd, Fulton County Tax Commissioner, City of Atlanta, Unknown Parties with Any Interest in The Subject Property

45. Case # 2019CV315878 - Sixth District Episcopal AME Church, Henry Porter, Cynthia Cody VS. Allen Temple Developments, Inc., Henry Adams, Jesse Echols, Ruth Pace, Issac Scott

46. Case # 2019CV321048 - Ronda L Wilcox VS. Curtis L Wilcox

47. Case # 19C28326 - State VS Alysa Armstrong-Gibbs

48. Case # 19C28245 - State VS Alysa Armstrong-Gibbs

49. Case # 2019CV316324 - Bradford Richie VS. Valisia Lippitt

50. Case # 19CR1874 - State of Georgia VS. Livingston Richards

51. Case # 2016CV283856 - Quinnes Parker VS. Leah Steele Barnett

52. Case # 2019CV320845 - Travis Walker VS. Adina Torres

53. Case # 2019CV328719 - Kelvin Lockhart VS. Tierra Lockhart

54. Case # 2010CS02728 - Georgia State Department of Human Resources Ex Rel VS Stanley R Jones

55. Case # 18EV001984 - Blossom Gates VS. Aminata Lamin

56. Case # 19-A-06690-8 – Ward VS. Bodkin

57. Case # 16A62435 - Kevin Ross, Kevin Ross Public Affairs, LLC, The Law Practice of Kevin A. Ross, LLC, Kevin Ross Political Consulting Group, LLC., Jeffrey Walker, Robert James, William Nix, Paul Champion d/b/a Champion Tree Services, Dion Allen

58. Case # 2015CV264444 - Bradford Richie VS. Valisia Richie

59. Case # 2016CV272983 - Timothy McClendon VS. Tunisa Cloud

60. Case # 2018CV302284 - Tina Howard VS. Eddie Howard, Jr.

61. Case # 2018CV301144 - Melvonique Mitchell VS. Shawn Mitchell

62. Case # 2018CV304425 - Philip Alan Bashaw VS. Gladys Powell, Arthur F Powell

63. Case # 2018CV301983 - Olujimi Brown VS. Farrah Brown

64. Case # 2009CV164059 - Richard Winfrey vs. Rashida Winfrey

65. Case # 17SC154647 - The State of Georgia VS. Corbin Hines

66. Case # 2015CV259463 - David Hanks VS. Karen Hanks

67. Case # 2018CV301162 - James Roberts, II. VS. Althea Roberts

68. Case # 16EV002711 - Darnell Duling VS. Megabus Southeast, Greenwich Insurance Company

69. Case # 2017CV299270 - Zahra Mas VS. Quante Strickland

70. Case # 2017CV298106 - Walter Ward VS. Sonia Bodkin

71. Case # 2016CS014914 - The Georgia Department of Human Resources Ex Rel Amari Diallo VS. Tchaka Diallo

72. Case # 2016CV277004 - Richard Winfrey VS. Rashida Winfrey

73. Case # 2016CS015066 - The Georgia Department of Human Resources Ex Rel Jacob Henderson VS. Shawn Henderson

74. Case # 2016CV271811 - Samantha Sinclair and Michael Johnson VS. Alonzo Ramey and Metropolitan Atlanta Rapid Transit Authority

75. Case # 15A55812E3 - Kevin Ross VS. Robert James Dekalb County Da

76. Case # 2017CV292387 - Nmaobi A Uzochukwu VS. Kester Uzochukwu

77. Case # 2017CV292693 - Johnny Cooks VS. Janice Cooks

78. Case # 17EV003183 - Erica Garvin, Bryson McAllister VS. TriBridge Residential, LLC, Abbey Residential Services, Inc.

79. Case # 2017CV288031 - Donna Wilkerson VS. Jerry Wever

80. Case # 2017CV291850 - MELVONIQUE MITCHELL VS. Shawn Mitchell

81. Case # 15EV004429 - Jernese Simpson VS. Conterro Harris, Earlene Bannister

82. Case # 16MS080532 - Thelma Moore vs. Robert Patterson

83. Case # 2016CV270427 DONNA WILKERSON VS. JERRY WEVER

84. Case # 2016CV274139 - Dennis Zleh VS. Tammy McPherson

85. Case # 15EV003321 - Woodrow Key VS. Jason Grandison, Broderick Jones

86. Case # 16EV0011038 - Charnele Guillaume VS. Megabus Southeast, Greenwich Insurance Company

87. Case # 2016CV272145 - Johnny Cooks VS. Janice Cooks

88. Case # 15EV003289 - Shannon Miller VS. Riccardo Bates, Kenneth Hardea

89. Case # 2015CV265352 - Monica Parker VS. Faron Hill

90. Case # 2013CV226912 - Buffy Bacon vs. Michael Anthony Davis Jr.

## **NOTICE OF LEAVE OF ABSENCE**

Comes now, Thelma Wyatt Moore, and respectfully notifies all judges before whom she has cases pending, all affected clerks of court, and all opposing counsel, that she will be on leave pursuant to Georgia Uniform Court Rule 16.

The period of Leave during which time Applicant will be away from the practice of law is:

a.    June 2, 3, 6, 7, 8, 9 & 10th 2022. (Family Celebration)
b.    July 1, 2, 3, 4, 5, and 6th. 2022. (Family Celebration)
c.    July 12, 13, and 14th. (Conference)
d.    August 12, 15, 16, 17, 18 & 19th 2022. (Medical)
e.    September 1, 2, 6, 7, 8 & 9th 2022. (Gate City Bar Conference)
f.    December 6, 7, 8 & 9th 2022 (Personal)

The purpose of this Leave is for continuing education, medical and personal vacation.

All affected judges and opposing counsel shall have ten (10) days from the date of this notice to object to it.  If no objections are filed, the leave shall be granted.

 Respectfully submitted this 1st day of June, 2022.


 */s/ Thelma Wyatt Moore*
THELMA WYATT MOORE, ESQ
Georgia Bar No. 779300

Moore Law LLC
3285 Main Street
Atlanta, Georgia 30337
(O) 404-699-6001
(F) 866-257-5052
(C) 678-472-1372
Email: tmoore@moore-legal.com

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day served a copy of the foregoing Notice of Leave of Absence upon all judges, clerks, and opposing counsel by via email, where available.

Respectfully submitted this 1st day of June, 2022.

*/s/ Thelma Wyatt Moore*
THELMA WYATT MOORE, ESQ
Georgia Bar No. 779300

Moore Law LLC
3285 Main Street
Atlanta, Georgia 30337
(O) 404-699-6001
(F) 866-257-5052
(C) 678-472-1372
Email: tmoore@moore-legal.com